FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 20 2015

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF ARKANSAS
BATESVILLE DIVISION

PATRICIA LYONS                                                      PLAINTIFF

V.                          NO. 1:15cv117-DPM

PECO FOODS, INC.                                                    DEFENDANT

## NOTICE OF REMOVAL

TO:   Fuller Bumpers, #2006173
      Gregg, Farris & Bumpers
      Attorneys at Law
      P.O. Box 2496                    This case assigned to District Judge Marshall
      Batesville, AR 72503             and to Magistrate Judge Harris

      Deborah Finley
      Circuit Court of Independence County, Arkansas
      P.O. Box 2155
      Batesville, AR 72501

    **PLEASE TAKE NOTICE** that the captioned case, filed as case number CV-2015-178-4 in the Circuit Court of Independence County, Arkansas, has been removed to the United States District Court for the Eastern District of Arkansas, Batesville Division. Peco Foods, Inc. files this Notice of Removal and states the following:

    1.    Plaintiff is seeking damages based upon alleged personal injuries sustained on January 31, 2013, in Independence County, Arkansas. Plaintiff initiated this action on September 21, 2015, in the Circuit Court of Independence County, Arkansas, case number CV-2015-178-4. Peco Foods, Inc. received a copy of the Summons and Complaint on September 23, 2015. Therefore, pursuant to 28 U.S.C. § 1446(b), this notice of removal is filed timely. A copy

of the Summons and the Complaint, which constitute all process, pleadings, and orders that Peco Foods, Inc. has received in this action, are attached hereto.

2. Peco Foods, Inc. removes this action to federal court pursuant to 28 U.S.C. § 1332. This Court has diversity jurisdiction because there is complete diversity between Plaintiff and Peco Foods, Inc., and Plaintiff's initial pleading contains a demand in excess of that required for federal jurisdiction based on complete diversity of citizenship. Plaintiff is a citizen and resident of the State of Arkansas. Peco Foods, Inc. is an Alabama corporation with its principal place of business in Alabama. Accordingly, Peco Foods, Inc. is a citizen of Alabama for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

3. Because the Federal District Court for the Eastern District of Arkansas, Batesville Division has diversity jurisdiction pursuant to 28 U.S.C. § 1332, this case is removable under 28 U.S.C. § 1441(b) in accordance with the procedures set forth in 28 U.S.C. § 1446.

4. Peco Foods, Inc., the only Defendant, consents to the removal of this case to this Court.

5. Notice of this Notice of Removal is being provided to the Circuit Court of Independence County, Arkansas, and Plaintiff's attorneys.

WHEREFORE, Defendant, Peco Foods, Inc., gives notice that this case has been removed from the Circuit Court of Independence County, Arkansas, to the Federal District Court for the Eastern District of Arkansas, Batesville Division.

Respectfully submitted,

FRIDAY, ELDREDGE & CLARK, LLP
Kimberly D. Young, #2003124
400 W. Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201
Telephone:  (501) 376-2011
Fax: (501) 244-5329
kyoung@fridayfirm.com

*Attorneys for Defendant*
*Peco Foods, Inc.*

_____
KIMBERLY D. YOUNG

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the above and foregoing has been served on the following counsel of record by placing a copy of same in the United States mail, properly addressed and postage pre-paid this 20th day of October, 2015:

Fuller Bumpers
Gregg, Farris & Bumpers
Attorneys at Law
P.O. Box 2496
Batesville, AR 72503

_____
KIMBERLY D. YOUNG

IN THE CIRCUIT COURT OF INDEPENDENCE COUNTY, ARKANSAS
CIVIL DIVISION

PLAINTIFF:    PATRICIA LYONS

# SUMMONS

VS.

DEFENDANT:    PECOS FOODS, INC.

DOCKET No. CIV-2015-*178-4*

THE STATE OF ARKANSAS TO DEFENDANT:     Jason Thomas
425 W. Capitol Ave., Suite 3300
Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it), or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas, you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:    Fuller Bumpers
262 Boswell Street
P.O. Box 2496
Batesville, AR 72503

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices: Complaint

DEBORAH FINLEY
CIRCUIT CLERK

Address of Clerk's Office:
P. O. Box 2155
Batesville, AR    72501

By: _____ D.C.

Date:  *9-21-15*

[SEAL]

No. 4     This summons is for Jason Thomas.

## PROOF OF SERVICE

|_| I personally delivered the summons and complaint to the individual at _____ _____ (place) on _____ (date); or

|_| I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

|_| I left the summons and complaint at the individual=s dwelling house or usual place of abode at _____ (address) with _____ (name), a person at least 14 years of age who resides there, on _____ (date); or

|_| I delivered the summons and complaint to _____ (name of individual), an agent authorized by appointment or by law to receive service of summons on behalf of _____ (name of Defendant) on _____ (date); or

|_| I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

|_| I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

|_| Other   (specify): _____

|_| I was unable to execute service because: _____

My fee is $ _____

TO BE COMPLETED IF SERVICE IS BY A SHERIFF OR DEPUTY SHERIFF:

DATE:_____       SHERIFF OF _____ COUNTY, ARKANSAS

                                 By:_____
                                     [Signature of Server]

                                 _____
                                 [Printed Name]

TO BE COMPLETED IF SERVICE IS BY A PERSON OTHER THAN A SHERIFF OR DEPUTY SHERIFF:

DATE:_____       By:_____
                                     [Signature of Server]

                                 _____
                                 [Printed Name]

Address:_____

        _____

        _____


STATE OF ARKANSAS
County of Independence

    Subscribed and sworn to before me this date: _____.

                                 _____
                                             Notary Public

My Commission Expires:_____

Additional Information regarding service or attempted service:_____

_____

_____

_____

F201524226
CASE # CV-2015-178-4
FILED FOR RECORD
09-21-2015 09:15:44 AM
JUDGE: TIM WEAVER
DEBORAH FINLEY (SP)
INDEPENDENCE CO. AR CIRCUIT CLERK

IN THE CIRCUIT COURT OF INDEPENDENCE COUNTY, ARKANSAS
CIVIL DIVISION

PATRICIA LYONS                                                              PLAINTIFF

VS.                             NO. CIV-2015-178-4

PECO FOODS, INC.                                            DEFENDANT

## COMPLAINT

COMES the Plaintiff, Patricia Lyons, and for her Complaint at Law against the Defendants doth state:

1. The Plaintiff is a resident of Independence County, Arkansas, and resides in Batesville, Arkansas, and has for more than one year.

2. That the cause of action herein complained of occurred in Independence County, Arkansas on or about the 31st day of January, 2013.

3. That the cause of action herein complained of occurred on Arkansas Highway 167 in Independence County, Arkansas.

4. That this Court has jurisdiction of this cause of action pursuant to Ark. Code Ann. 16-13-201.

5. That venue is proper under Ark. Code Ann. 16-60-112, in that the Plaintiff resided in Independence County, Arkansas, at the time she was injured due to the Defendant's conduct.

6. That the Defendant is a corporation, whose corporate office resides in Tuscaloosa, Alabama, organized under the laws of the State of Alabama, with processing plants throughout Mississippi, Alabama and Arkansas.

7. That the Defendant has contacts in Independence County, Arkansas, in that the Defendant owns and operates a processing plant located at 625 S. Allen Street, Batesville, Arkansas, 72501.

8. That the Defendant's registered agent in the State of Arkansas is Jason Thomas, 425 W. Capitol Ave., Suite 3300, Little Rock, Arkansas 72201.

9. At all times mentioned in this Complaint Jimmy D. Jones was an employee of the Defendant and was acting within the scope of his employment. Liability for all damages sustained by the Plaintiff is imputable to the Defendant.

10. On January 31, 2013, Patricia Lyons, Plaintiff, was traveling southbound on U.S. Highway 167, in Independence County, Arkansas, and Jimmy D. Jones, employee of the Defendant, was traveling northbound on U.S. Highway 167. That the Defendant's employee attempted to make a left turn into the Pfeiffer One Stop parking lot, and failed to yield and pulled into the path of the Plaintiff. That the front of the Plaintiff's vehicle struck the right rear of the trailer the Defendant's employee was pulling. After impact, the Plaintiff came to final rest in the southbound lane facing south, and the Defendant's employee came to final position in the parking lot facing north.

11. At said time and place, Defendant's employee, Jimmy D. Jones, was driving a truck for the Defendant and did fail to yield to oncoming traffic, which caused the Plaintiff's injuries and damages as more specifically set out herein.

12. The collision was the proximate cause of the injuries of the Plaintiff.

13. That the negligence and carelessness of Jimmy D. Jones, employee of the Defendant, was the proximate cause of Plaintiff's injuries and damages and said negligence consisted of, but was not limited to, the following:

   a. Failure to Yield a violation of Ark. Code Ann. § 27-51-503—guilty plea attached as Exhibit A;
   b. Operating a motor vehicle in such a manner as to indicate wanton disregard for the safety of persons;
   c. Failure to keep his vehicle under control; &
   d. Failure to keep a proper lookout for the vehicles of others.

14. As a result of the aforementioned acts of negligence and careless on the part of Jimmy D. Jones, employee of the Defendant, acting in his capacity as an employee, the Plaintiff has suffered the following severe, painful, and debilitating injuries and damages:
    a. Orthopedic injuries;
    b. Surgical Procedures;
    c. Permanent injuries to her person;
    d. Multiple abrasions with bruising;
    e. Physical disability;
    f. Mental disability;
    g. Pain, suffering and mental anguish;
    h. Medical Expenses;
    i. Future Medical and Mental Health Expenses;
    j. Loss of Wages both past and future;
    k. Permanent loss of Employment;
    l. Total loss of use of her vehicle;

WHEREFORE, the Plaintiff prays for a trial by jury, for compensatory and exemplary damages as previously prayed for herein against the Defendant, which damages exceed that required for jurisdiction diversity; for her costs herein expended and all other just and proper relief.

Respectfully Submitted,

*/s/ Fuller Bumpers*

Fuller Bumpers
Ark. Bar No. 2006173
GREGG, FARRIS & BUMPERS
Attorneys at Law
P.O. Box 2496
Batesville, AR 72503
(870) 793-7556

## DEMAND FOR JURY TRIAL

COMES Patricia Lyons, Plaintiff herein, pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, who does demand right of trial by jury as to all issues so triable.

Patricia Lyons, Plaintiff

*/s/ Fuller Bumpers*

by: Fuller Bumpers



| SSN | Name | | ID | DOB |
|---|---|---|---|---|
| 921640395 | JONES | JIMMY | DO 921640395 | 01-AUG-1958 |
| 923222396 | JONES | JIMMY | DO 923222396 | 08-JUN-1975 |

Case ID: BAS-13-475  Citation No: J812050

ID: 920769691  JONES, JIMMY D

Violation: 27-51-502  FAIL TO YIELD WHEN TURNING LEFT; V

File Date: 07-FEB-2013  13:23:00  Vio Date: 31-JAN-2013  23:28:00  Due Date: 06-MAR-2013

County: 32  State: AR

Plea: G  GUILTY  22-FEB-2013  Disp: GBF  GUILTY - BOND FOR 22-FEB-2013

Sentence: FI  FINE

INDEPENDENCE COUNTY DISTRICT COURT
549 W. MAIN STREET
BATESVILLE, AR 72501

EXHIBIT A