IN THE CIRCUIT COURT OF INDEPENDENCE COUNTY, ARKANSAS
CIVIL DIVISION

PATRICIA LYONS                                                                                PLAINTIFF

VS.                              NO. CIV-2015- 178-4

PECO FOODS, INC.                                                                          DEFENDANT

## COMPLAINT

COMES the Plaintiff, Patricia Lyons, and for her Complaint at Law against the Defendants doth state:

1. The Plaintiff is a resident of Independence County, Arkansas, and resides in Batesville, Arkansas, and has for more than one year.

2. That the cause of action herein complained of occurred in Independence County, Arkansas on or about the 31st day of January, 2013.

3. That the cause of action herein complained of occurred on Arkansas Highway 167 in Independence County, Arkansas.

4. That this Court has jurisdiction of this cause of action pursuant to Ark. Code Ann. 16-13-201.

5. That venue is proper under Ark. Code Ann. 16-60-112, in that the Plaintiff resided in Independence County, Arkansas, at the time she was injured due to the Defendant's conduct.

6. That the Defendant is a corporation, whose corporate office resides in Tuscaloosa, Alabama, organized under the laws of the State of Alabama, with processing plants throughout Mississippi, Alabama and Arkansas.

7. That the Defendant has contacts in Independence County, Arkansas, in that the Defendant owns and operates a processing plant located at 625 S. Allen Street, Batesville, Arkansas, 72501.
8. That the Defendant's registered agent in the State of Arkansas is Jason Thomas, 425 W. Capitol Ave., Suite 3300, Little Rock, Arkansas 72201.
9. At all times mentioned in this Complaint Jimmy D. Jones was an employee of the Defendant and was acting within the scope of his employment. Liability for all damages sustained by the Plaintiff is imputable to the Defendant.
10. On January 31, 2013, Patricia Lyons, Plaintiff, was traveling southbound on U.S. Highway 167, in Independence County, Arkansas, and Jimmy D. Jones, employee of the Defendant, was traveling northbound on U.S. Highway 167. That the Defendant's employee attempted to make a left turn into the Pfeiffer One Stop parking lot, and failed to yield and pulled into the path of the Plaintiff. That the front of the Plaintiff's vehicle struck the right rear of the trailer the Defendant's employee was pulling. After impact, the Plaintiff came to final rest in the southbound lane facing south, and the Defendant's employee came to final position in the parking lot facing north.
11. At said time and place, Defendant's employee, Jimmy D. Jones, was driving a truck for the Defendant and did fail to yield to oncoming traffic, which caused the Plaintiff's injuries and damages as more specifically set out herein.
12. The collision was the proximate cause of the injuries of the Plaintiff.
13. That the negligence and carelessness of Jimmy D. Jones, employee of the Defendant, was the proximate cause of Plaintiff's injuries and damages and said negligence consisted of, but was not limited to, the following:

   a. Failure to Yield a violation of Ark. Code Ann. § 27-51-503—guilty plea attached as Exhibit A;
   b. Operating a motor vehicle in such a manner as to indicate wanton disregard for the safety of persons;
   c. Failure to keep his vehicle under control; &
   d. Failure to keep a proper lookout for the vehicles of others.

14. As a result of the aforementioned acts of negligence and careless on the part of Jimmy D. Jones, employee of the Defendant, acting in his capacity as an employee, the Plaintiff has suffered the following severe, painful, and debilitating injuries and damages:
   a. Orthopedic injuries;
   b. Surgical Procedures;
   c. Permanent injuries to her person;
   d. Multiple abrasions with bruising;
   e. Physical disability;
   f. Mental disability;
   g. Pain, suffering and mental anguish;
   h. Medical Expenses;
   i. Future Medical and Mental Health Expenses;
   j. Loss of Wages both past and future;
   k. Permanent loss of Employment;
   l. Total loss of use of her vehicle;

WHEREFORE, the Plaintiff prays for a trial by jury, for compensatory and exemplary damages as previously prayed for herein against the Defendant, which damages exceed that required for jurisdiction diversity; for her costs herein expended and all other just and proper relief.

Respectfully Submitted,

_/s/ Fuller Bumpers_
Fuller Bumpers
Ark. Bar No. 2006173
GREGG, FARRIS & BUMPERS
Attorneys at Law
P.O. Box 2496
Batesville, AR 72503
(870) 793-7556

## DEMAND FOR JURY TRIAL

COMES Patricia Lyons, Plaintiff herein, pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, who does demand right of trial by jury as to all issues so triable.

Patricia Lyons, Plaintiff

_/s/ Fuller Bumpers_
by: Fuller Bumpers



| | | | | | | |
|---|---|---|---|---|---|---|
| | 921640395 | JONES | JIMMY | DO | 921640395 | 01-AUG-1958 |
| | 923222396 | JONES | JIMMY | DO | 923222396 | 08-JUN-1975 |

Case ID: BAS-13-475    Citation No: J812050

920769691   JONES, JIMMY D

Violation: 27-51-502    FAIL TO YIELD WHEN TURNING LEFT; V

File Date: 07-FEB-2013   13:23:00   Vio Date: 31-JAN-2013   23:28:00   Due Date: 06-MAR-2013

County: 32   State: AR

Plea: G   GUILTY   22-FEB-2013   Disp: GBF   GUILTY - BOND FOR 22-FEB-2013

Sentence: FI   FINE

INDEPENDENCE COUNTY DISTRICT COURT
549 W. MAIN STREET
BATESVILLE, AR 72501

EXHIBIT A