IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**PATRICIA LYONS**                                                              **PLAINTIFF**

**V.**                  **CIVIL ACTION NO. 1:15cv117-DPM**

**PECO FOODS, INC.**                                               **DEFENDANT**

## JOINT REPORT OF DEPOSITION TESTIMONY DESIGNATIONS

Pursuant to the Court's Amended Final Scheduling Order [ECF No. 22], Plaintiff Patricia Lyons and Defendant Peco Foods, Inc. ("Peco") respectfully submit the following joint report of deposition testimony designated for trial.

1. Peco designates the following testimony of the corporate designee of AT&T Wireless, Darko Gospavic:

$$5:3 - 21:8$$
$$21:18 - 22:21$$

2. Plaintiff has no objection to Peco's designation. Plaintiff designates no deposition testimony to be offered at trial.

3. Peco reserves the right to amend, supplement, or otherwise modify its designation.

DATED: March 10, 2017.

02574258

Respectfully submitted,

By: */s/ Kimberly D. Young*
Kimberly D. Young, # 2003124
FRIDAY, ELDREDGE & CLARK, LLP
400 W. Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 370-1429
Facsimile: (501) 244-5329
kyoung@fridayfirm.com

Sheldon G. Alston, Miss Bar No. 9784
Norman ("Benje") E. Bailey, Jr., Miss. Bar No. 100053
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building
190 East Capitol St., Suite 100
Jackson, Mississippi 39201
salston@brunini.com
bbailey@brunini.com

*Attorneys for Defendant Peco Foods, Inc.*

By: */s/ Fuller Bumpers*
Fuller Bumpers, ASB# 2006173
GREGG, FARRIS & BUMPERS
Attorneys at Law
P.O. Box 2496
Batesville, AR 72503
(870) 793-7556
fullerbumpersoffice@gmail.com

*Counsel for Plaintiff, Patricia Lyons*