IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PATRICIA LYONS                                                          PLAINTIFF

v.                          No. 1:15-cv-117-DPM

PECO FOODS, INC.                                                        DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2017